# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

MARK A. MOORE                                                                                          PLAINTIFF

v.                                              CASE NO. 5:20-CV-5228

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this January 20, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE